IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 11–cv–02697–REB–KMT

THERESA L. DOWLING,

    Plaintiff,

v.

MOUNTAIN STATES LINE CONSTRUCTORS JOINT APPRENTICESHIP AND TRAINING COMMITTEE,

    Defendant.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

Plaintiff's "Motion to Join Does 1-40, MYR/Sturgeon Electric, William Long, William Fredricks" (Doc. No. 8, filed Nov. 14, 2011) is DENIED without prejudice. It appears that Plaintiff seeks to amend her Title VII Complaint (Doc. No. 1) to add additional defendants. As such, Plaintiff may instead file an appropriate motion pursuant to Fed. R. Civ. P. 15(a). The motion shall detail the proposed amendments and the reasons why such amendments are necessary. Additionally, Plaintiff must attach the proposed amended complaint to the motion. The proposed amended complaint must contain all of Plaintiff's claims and all of the defendants against whom she wishes to assert claims.

Dated: November 15, 2011