IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 11–cv–02697–REB–KMT

THERESA L. DOWLING,

      Plaintiff,

v.

MOUNTAIN STATES LINE CONSTRUCTORS JOINT APPRENTICESHIP AND TRAINING
COMMITTEE,

      Defendant.

---

## MINUTE ORDER

---

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

"Defendant's Motion to Stay all Proceedings Pending Decision on Defendant's Motion to
Dismiss" (Doc. No. 15, filed Apr. 4, 2012) is DENIED.  Despite the fact that stays are disfavored
in this district, *see, e.g., Wason Ranch Corp. v. Hecla Mining Co.,* No. 07-cv-00267-EWN-MEH,
2007 WL 1655362, at *1 (D. Colo. June 6, 2007), Defendant has not cited any authority to
support its position that a stay of all proceedings would be appropriate in this case.  Nor has
Defendant addressed the factors typically considered in this district to determine the propriety of
a stay.  *See String Cheese Incident, LLC v. Stylus Shows, Inc.,* No. 02-cv-01934-LTB-PA, 2006
WL 894955, at *2 (D. Colo. Mar. 30, 2006).[1]

Dated: April 9, 2012

---

[1] In support of its Motion, Defendant points out that Plaintiff has failed to contact
Defendant to engage in the scheduling/planning conference.  The court notes that in two other
cases filed by the same Plaintiff, the court has entered orders to show cause based on Plaintiff's
failure to participate in the Fed. R. Civ. P. 26(f) scheduling/planning conference and in preparing
the proposed scheduling order.  (*See* Doc. No. 20, Case No. 11-cv-2696-REB-KMT; Doc. No.
21, Case. No. 11-cv-2695-REB-KMT.)  Should it appear that Plaintiff has again failed to
participate in these court-ordered requirements, the court will consider issuing an order to show
cause in this case as well.