IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 11–cv–02697–REB–KMT

THERESA L. DOWLING,

    Plaintiff,

v.

MOUNTAIN STATES LINE CONSTRUCTORS JOINT APPRENTICESHIP AND TRAINING COMMITTEE,

    Defendant.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

Plaintiff's Motion to Clarify Due Date Postponement of the Response to the Motion to Dismiss" (Doc. No. 48, filed May 17, 2012) is DENIED. Plaintiff seeks to clarify whether the filing of her "Opposed Motion to Strike Motion to Dismiss" (Doc. No. 58-1) postpones the deadline by which she may file a response to Defendant's Motion to Dismiss (Doc. No. 12). The court finds that "clarifying" that deadline would be tantamount to an impermissible "advisory opinion." The court will rule on the timeliness of Plaintiff's proposed response to Defendant's Motion to Dismiss if and when Plaintiff files a response to Defendant's Motion to Dismiss, assuming that the issue is raised.

Dated: May 29, 2012