**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 11-cv-02697-REB-KMT

THERESA L. DOWLING,

    Plaintiff,

v.

MOUNTAIN STATES LINE CONSTRUCTORS JOINT APPRENTICESHIP AND TRAINING COMMITTEE,

    Defendant.

## AMENDED ORDER[1]

**Blackburn, J.**

The matter before me is plaintiff's **Unopposed Motion To Reconsider Order of Magistrate Judges** [*sic*] **Decision to District Court Judge** [#73][2] filed Jun 18, 2012. I deny the motion.[3]

Plaintiff's motion pertains to non-dispositive matters that were referred to the magistrate judge for resolution. Pursuant to 28 U.S.C. § 636(b) and Fed. R. Civ. P. 72(a), I may modify or set aside any portion of a magistrate judge's order which I find to be clearly erroneous or contrary to law.

Plaintiff is proceeding *pro se*. Thus, I have reviewed her filings more liberally than

---

[1] This order is amended to correct a clerical error in the previously entered **Order** [#76] filed June 20, 2012. Footnote 3 of that order has been deleted. No further changes, and no substantive changes, are worked by the entry of this amendment.

[2] "[#73]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.

[3] Although plaintiff styles her motion as "unopposed," there is nothing therein to suggest that she sought or obtained defendant's agreement to the relief requested therein. Regardless, I exercise my discretion pursuant to D.C.COLO.LCivR 7.1C. to rule on the motion without awaiting a response.

pleadings or papers filed by attorneys.  **See, e.g., Erickson v. Pardus**, 551 U.S. 89, 94, 127 S.Ct. 2197, 2200, 167 L.Ed.2d 1081 (2007); **Haines v. Kerner,** 404 U.S. 519, 520-21, 92 S.Ct. 594, 596, 30 L.Ed.2d 652 (1972); **Andrews v. Heaton**,  483 F.3d 1070, 1076 (10th Cir. 2007); **Hall v. Bellmon**, 935 F.2d 1106, 1110 (10th Cir. 1991).

I have reviewed the magistrate judge's order and the apposite motion. I conclude that the magistrate judge's order is not clearly erroneous or contrary to law.

**THEREFORE, IT IS ORDERED** that plaintiff's **Unopposed Motion To Reconsider Order of Magistrate Judges** [*sic*] **Decision to District Court Judge** [#73] filed Jun 18, 2012, is **DENIED**.

Dated June 27, 2012, at Denver, Colorado.

**BY THE COURT:**

Robert E. Blackburn
United States District Judge