**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 11-cv-02697-REB-KMT

THERESA L. DOWLING,

    Plaintiff,

v.

MOUNTAIN STATES LINE CONSTRUCTORS JOINT APPRENTICESHIP AND TRAINING COMMITTEE,

    Defendant.

## MINUTE ORDER[1]

    The matter is before the court on plaintiff's **Motion Directed To The District Court Judge - Motion For Extension of Time of 4 Days After Response To Motion To Clarify** [#80] filed July 2, 2012. The motion is **GRANTED**, however, no further extensions will be granted. Plaintiff shall have until **July 9, 2012**, in which to file her response/objections to the recommendation. The motion is **DENIED** otherwise.

    The court notes that it cannot act as an advocate for a pro se party or issue advisory opinions as to the interpretation or import of the rules and standards governing practice in the federal courts.

    Dated: July 3, 2012

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.